# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSC STATE & RIVER, LLC D/B/A MASTERY COMMUNITY BUILDERS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> JOYCE E. MILLER, C.P.A., J. MILLER & ASSOCIATES, LLC AND JOHN DOE(S) 1-54 AND ABC CORPORATION(S), <br><br> Defendant(s) | Civil Action No. 1:24-cv-04658 CPO-MJS <br><br> **STIPULATION TO REMAND ACTION** |

It is stipulated by and between Plaintiff MSC State & River, LLC d/b/a Mastery Community Builders, Inc. and Defendants Joyce E. Miller, C.P.A. and J. Miller & Associates, LLC (collectively, "the Parties") that, there being incomplete diversity of citizenship, this matter shall be remanded forthwith to the Superior Court of New Jersey, Law Division, Camden County, without prejudice and without costs. A proposed form of Order is attached hereto as Exhibit "A".

**GOLDBERG, MILLER & RUBIN, P.C.**            **GOLDBERG SEGALLA LLP**

*/s/Robert P. Stein*                          */s/Jonathan S. Ziss*
ROBERT P. STEIN, ESQUIRE                      JONATHAN S. ZISS, ESQUIRE
1415 East Route 70, Suite 103                 1700 Market Street, Suite 1418
Cherry Hill, NJ 08034                         Philadelphia, PA 19103
T: 973.842.7720                               T: 267.519.6820
F: 973.807.9496                               F: 267.519.6801
Attorney for Plaintiff, MSC State & River, LLC,   Attorney for Defendants Joyce E. Miller,
d/b/a Master Community Builders               C.P.A. and J. Miller & Associates, LLC

Dated: June 3, 2024                           Dated: June 3, 2024

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MSC STATE & RIVER, LLC D/B/A MASTERY COMMUNITY BUILDERS, INC., <br><br> Plaintiff(s), <br><br> vs. <br><br> JOYCE E. MILLER, C.P.A., J. MILLER & ASSOCIATES, LLC AND JOHN DOE(S) 1-54 AND ABC CORPORATION(S), <br><br> Defendant(s), | Civil Action No. 1:24-cv-04658 CPO-MJS <br><br> **ORDER** |

The parties to the above captioned civil action having stipulated that there is incomplete diversity of citizenship, this civil action shall be and hereby is remanded to the Superior Court of New Jersey, Law Division, Camden County, without prejudice and without costs awarded.

_____
Hon. Christine P. O'Hearn    **U. S. D. J.**

Dated: June 4, 2024