# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

MSC STATE & RIVER, LLC

       Plaintiff,

v.           Case No.: 1:24−cv−04658−CPO−MJS

           Judge Christine P. O'Hearn

JOYCE E. MILLER, et al.

       Defendant.


Clerk, Superior Court of New Jersey
Camden County Hall of Justice
101 South Fifth Street
Camden, NJ 08103

State No: CAM L 000−701 24


**Dear Clerk of Court:**

 Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.


        Very truly yours,

        CLERK OF COURT
        By Deputy Clerk, dmr


encl.
cc: All Counsel